**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 26, 2012.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-11-01018-CV

———————

**YUVAL RAN, Appellant**

**V.**

**ZIMMERMAN, AXELRAD, MEYER, STERN & WISE, P.C., Appellee**

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-69972**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 11, 2011.  On January 20, 2012, appellant filed a motion to dismiss the appeal.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.